UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF NEW YORK

In re

SHADY HARBOR MARINA, LLC,

Debtor.

LOCAL RULE 2015-6
AFFIDAVIT

Chapter 11
Case No. 10-14125

CHARLES MINETTI, SR., hereby declares as follows:

1. I am the sole and managing member of Shady Harbor Marina, LLC ("Shady Harbor"), the Debtor and Debtor-in-Possession in the above-referenced Chapter 11 case and respectfully submit this affidavit pursuant to Local Rule 2015-6. The Debtor operates a marina, including docking, service, boating supplies and a restaurant on the Hudson River in New Baltimore, New York.

2. The Debtor's assets, including real property, cash, accounts, accounts receivable, inventory and equipment has an aggregate value of approximately $2,168,369.42. Its liabilities, including secured, priority and unsecured debts aggregate to approximately $3,096,248.01.

3. The Debtor remains in possession of all of its property.

4. The Debtor owns real property the real property at which the business operates in New Baltimore, Greene County, New York. Assets also include fixtures, inventory, equipment, cash, accounts and accounts receivable. A complete accounting of assets is provided in the Debtor's petition.

5. The Debtor's books and records are maintained by management at its facility located at Route 144, 70 Shady harbor Drive, P.O. Box 436, New Baltimore, Greene County, New York.

6. The Debtor's estimated gross weekly payroll including withholdings, union dues and payroll taxes but not including benefits and health insurance, for the immediately succeeding 30 days

following the filing of the petition is approximately $3,300.00 per week, or approximately $13,200.00 for such 30 day period. Withholding taxes for the next succeeding 30 days are approximately $3,120.00.

7. The Debtor expects to pay $500.00 per week over the immediately succeeding 30 days following the petition date to the Debtor's managing member for his services in managing and operating the Debtor's business, for a total of approximately $2,000.00 for such 30 day period.

8. A schedule setting forth the Debtor's anticipated cash receipts and disbursements for the 30 day period immediately following the filing of the petition is attached to the within Affidavit.

Dated: November 3, 2010

Charles Minetti, Sr.
Managing Member

79829-1

# Shady Harbor Marina

# Income Statement
November 1, 2010 to November 10, 2010

| Revenue | November | |
|---|---:|---:|
| Account Receiveables | 50,716 | |
| | | |
| | | |
| | | |
| **Total Revenues** | **50,716** | - |

| Expenses | | |
|---|---:|---:|
| Advertising | 800 | |
| Bad debt | | |
| Commissions | | |
| Cost of goods sold | | |
| Depreciation | | |
| Employee benefits | | |
| Furniture and equipment | | |
| Insurance | 1,405 | |
| Interest expense | | |
| Maintenance and repairs | | |
| Office supplies | | |
| Payroll taxes | 780 | |
| Rent | | |
| Research and development | | |
| Salaries and wages | 3,300 | |
| Software | | |
| Travel | | |
| Utilities | 2,500 | |
| Web hosting and domains | | |
| Other | 1,725 | |
| **Total Expenses** | **10,510** | - |
| | | |
| Net Income Before Taxes | 40,206 | - |
| Income tax expense | | |
| **Income from Continuing Operations** | **40,206** | - |

| Below-the-Line Items | | |
|---|---:|---:|
| Income from discontinued operations | | |
| Effect of accounting changes | | |
| Extraordinary items | | |
| **Net Income** | **40,206** | - |

Income Statement Template by Vertex42.com

# Shady Harbor Marina

# Income Statement
November 11, 2010 to December 10, 2010

## Revenue

| | | |
|---|---:|---:|
| Accounts Receiveables | 40,206 | |
| | | |
| | | |
| | | |
| **Total Revenues** | **40,206** | **-** |

## Expenses

| | | |
|---|---:|---:|
| Advertising | 800 | |
| Bad debt | | |
| Commissions | | |
| Cost of goods sold | | |
| Depreciation | | |
| Employee benefits | | |
| Furniture and equipment | | |
| Insurance | 1,405 | |
| Interest expense | | |
| Maintenance and repairs | | |
| NYBDC | 5,000 | |
| Payroll taxes | 2,340 | |
| Rent | | |
| Research and development | | |
| Salaries and wages | 9,900 | |
| Software | | |
| Travel | | |
| Utilities | 4,500 | |
| Web hosting and domains | | |
| Other | 4,200 | |
| **Total Expenses** | **28,145** | **-** |
| | | |
| Net Income Before Taxes | 12,061 | - |
| Income tax expense | | |
| **Income from Continuing Operations** | **12,061** | **-** |

## Below-the-Line Items

| | | |
|---|---:|---:|
| Income from discontinued operations | | |
| Effect of accounting changes | | |
| Extraordinary items | | |
| **Net Income** | **12,061** | **-** |

Income Statement Template by Vertex42.com